

January 15, 2018

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Sands v. The Buffalo News, Inc.,* 1:17-cv-04265 (VEC)

Dear Judge Caproni:

Pursuant to Your Honor's Order, dated January 12, 2018, I am writing to confirm that I have sent Defendant the three emails in question (June 13, 2017 at 1:33 P.M., July 12, 2017 at 1:31 A.M., and September 14, 2017 at 3:08 A.M.) as individual attachments with all metadata retained.

Respectfully Submitted,

/s/Richard P. Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

*Counsel for Plaintiff Steve Sands*

