**BOND SCHOENECK & KING**

Avant Building - Suite 900 | 200 Delaware Avenue | Buffalo, NY 14202-2107 | **bsk.com**

**JEREMY P. OCZEK**
jpoczek@bsk.com
P: 716.416.7037

January 25, 2018

**BY ECF**

Honorable Valerie E. Caproni
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 443
New York, NY 10007

Re: <u>*Steve Sands v. The Buffalo News, Inc.,*</u> **Civil No. 1:17-cv-4265 (VEC)**

Dear Judge Caproni:

     Pursuant to Your Honor's Order dated January 11, 2018 [Dkt. 38], Defendant hereby submits a Declaration from Robert Clary of Secure Network Technologies, Inc., who conducted a forensic review of the emails and metadata provided by Mr. Liebowitz.

     Respectfully submitted,

     *s/ Jeremy P. Oczek*
     Jeremy P. Oczek
     BOND, SCHOENECK & KING, PLLC
     200 Delaware Avenue
     Buffalo, New York 14202
     Telephone: (716) 416-7037
     Email: jpoczek@bsk.com

     *Counsel for Defendant*
     *The Buffalo News, Inc.*